Ryan Gile, Esq.
Nevada Bar No. 8807
rg@gilelawgroup.com
**Gile Law Group Ltd.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorneys for Plaintiff Joe Hand Promotions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br>v.<br><br>LXVE STUDIOS, LLC, a Nevada limited-liability company, d/b/a LXVE STUDIOS, JOSE A. SOSA, an individual,<br><br>Defendants. | Case No.: 2:24-cv-02214-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joe Hand Promotions, Inc. and Defendants LXVE STUDIOS, LLC and JOSE A. SOSA have reached a settlement of this matter and through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own expenses, costs of litigation and attorneys' fees.

DATED: April 25, 2025

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| **GILE LAW GROUP, LTD.** | **HEATON & ASSOCIATES** |
| */s/ Ryan Gile*<br>Ryan Gile, Esq.<br>rg@gilelawgroup.com<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, Nevada 89144<br>Tel. (702) 703-7288<br>*Attorneys for Plaintiff* | */s/ Jared F. Herling*<br>Jared F. Herling<br>5785 Centennial Center Blvd. Suite 240<br>Las Vegas, NV 89149<br>760-213-0915<br>Email: jared@heatonlegal.com<br>*Attorneys for Defendants* |

## ORDER

The above Stipulation is hereby GRANTED. This case is dismissed with prejudice, with each party bearing its own costs and fees. The Clerk of Court is kindly instructed to close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 1, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to all participants in the case who are registered CM/ECF users.

/s/ Ryan Gile
Employee, Gile Law Group Ltd.

GLG-31023

3

Gile Law Group
1180 N. Town Center Dr.
Suite 100
Las Vegas, NV 89144